UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SOLOMON UPSHAW, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 10-11517-JLT |
| | * | |
| MATTHEW ANDRADE and SEA TRADE | * | |
| EXPRESS, INC., | * | |
| | * | |
| Defendants. | * | |

ORDER

August 17, 2011

TAURO, J.

After reviewing the August 10, 2011 Report and Recommendation [#22] of Magistrate Judge Bowler and Plaintiff's Objections [#29], this court hereby orders that it ACCEPTS and ADOPTS the Report and Recommendation. For the reasons set forth in the Report and Recommendation, this court hereby orders that Plaintiff's Motion Leave to Amend [#6] is ALLOWED and Plaintiff's motion for Writ of Injunction [#8] is DENIED.

IT IS SO ORDERED.

       /s/ Joseph L. Tauro
      United States District Judge