UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SOLOMON UPSHAW, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Criminal No. 10-11517-JLT |
| | * | |
| MATTHEW ANDRADE and SEA | * | |
| TRADE EXPRESS, INC., | * | |
| | * | |
| Defendants. | * | |

ORDER

March 22, 2012

TAURO, J.

This court ACCEPTS and ADOPTS the March 2, 2012 Report and Recommendation Re: Defendants' Motion to Dismiss Amended Complaint [#42] of Magistrate Judge Bowler. For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendant's Motion to Dismiss Amended Complaint [#26] is ALLOWED. This case is CLOSED.

IT IS SO ORDERED.

          /s/ Joseph L. Tauro
United States District Judge